IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SYMANTEC CORPORATION, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 1:09-CV-359-SS |
| v. | § § § | |
| CROSSROADS SYSTEMS, INC. | § § | JURY DEMANDED |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Fed. R. Civ. P. 41, Plaintiff Symantec Corporation, by and through its counsel of record, hereby dismisses with prejudice all claims and counterclaims asserted by it against Crossroads Systems, Inc in the above captioned matter. Also pursuant to the provisions of Fed. R. Civ. P. 41, Defendant Crossroads Systems, Inc. hereby dismisses with prejudice all claims and counterclaims asserted by it against Symantec Corporation in the above captioned matter. Each side will bear its own fees and costs.

Date: June 23, 2009

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP

By:   /s/ David A. Nelson
David A. Nelson (Pro Hac Vice)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
E-mail: davenelson@quinnemanuel.com

Attorney for Plaintiff Symantec Corporation

SPRINKLE IP LAW GROUP, P.C.

By: /s/ Elizabeth J. Brown Fore
Elizabeth J. Brown Fore (Bar No. 24001795)
1301 West 25th Street, Suite 408
Austin, Texas 78705
Telephone: (512) 637-9220
Facsimile: (512) 371-9088
E-mail: ebrownfore@sprinklelaw.com

Attorney for Defendant Crossroads Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of June, 2009, I electronically filed the Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

B. Russell Horton
KINCAID & HORTON LLP
114 West 7th Street, Suite 1100
Austin, Texas 78701

Jennifer A. Kash
QUINN EMANUEL ORQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111,

and I hereby certify that I have sent notification of such filing via U.S. First Class Mail to the following non-CM/ECF participants:

Jennifer Anne Bauer
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
250 South Wacker
Chicago, IL 60606

Sean San-Chul Pak
QUINN EMANUEL TRIAL LAWYERS
50 California, Floor 22
San Francisco, CA 94111.

/s/ Elizabeth J. Brown Fore
Elizabeth J. Brown Fore